UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; RALPHA HAROLD MACK, JUNIOR, UAAAC MEMBER,<br><br>            Plaintiff,<br>  v.<br>MLT III, A LIMITED LIABILITY COMPANY; PROPERTY MANAGEMENT ASSOCIATES, INC.; and DOES 1 THROUGH 10, Inclusive<br><br>          Defendants | Case No: 2:18-cv-00141 PSG JEM<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

///

///

///

Based on the Joint Stipulation for Dismissal With Prejudice filed by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiff's Complaint and dismisses with prejudice Plaintiff's complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: 5/15/18

By: PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Court Judge